AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| DAMASTE PRODUCTIONS, INC.<br><br>*Plaintiff(s)*<br>v.<br><br>TGIM FILMS, INC and ERIC GITTER<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:24-cv-03183-GRB-ARL<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: TGIM FILMS, INC., with an address at 2135 Groveland Drive, Los Angeles, California 90046 and Eric Gitter, with an address at 1226 11th Street, Unit 1, Santa Monica, Ca 90401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Jude Jannuzzi, Esq.
775 Park Avenue
Suite 205
Huntington, NY 11743

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 4/29/2024

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*